IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:      Chapter: 13

**Fredrick O. Stovall**

Case No.: 20-81800-CRJ

**Debtors**

**FACT SUMMARY SHEET FOR MOTION FOR RELIEF FROM AUTOMATIC STAY
OR FOR ADEQUATE PROTECTION IN CHAPTER 7 AND 13 CASES**

| | | |
|---|---|---|
| Type of Loan/Credit Transaction: | Mortgage and Note | Date of Loan Credit/Transaction: August 31, 2006 |
| Type of Collateral: | Real Property | Monthly Payment: $561.99 |
| Amount Financed: | $64,488.00 | APR or Interest Rate: 3.75% |

Term of Loan:     months or    30    years

Payoff Amount:    $78,825.70    as of 08/01/2022 (date)

Value of Collateral and Basis:   $78,000.00   (Value) as of 08/12/2020 (Date) and Debtor's Schedule (Basis)

Address of Real Property:   417 Memorial Dr SW, Decatur, AL 35601

Delinquent Pre-Petition Payments:
    What Month(s)?   04/01/2020 through 08/01/2020
    Amount?   $ 3,033.91
    Claim Filed?   X Yes   __ No
    Date Claim Filed: 09/17/2020     Claim Number 14

Number of Months of Pre-Petition Payment Default put into Debtor's Chapter 13 Plan:   5

Delinquent Post-Petition Payments:
    What Month(s)?   06/01/2022 to 08/01/2022
    Amount of Mortgage Payments?   $1,685.97
    Total Amount of Payments Due?   $1,238.95

    Court Costs/Attorney's Fees?   $1,238.00*
    Total Amount Due:   $2,476.95
    Claim Filed?   __ Yes   X No

    Date Claim Filed:     Claim Number _____

Number of Post-Petition Payments Received (Not How Applied):   0 (since prior order)
Number of Post-Petition Payments Held by Creditor but Not Applied to Debt:   ($447.02) in suspense
Number of Post-Petition Payments Returned by Creditor to Debtor:   0

If Lease, Lease Expiration Date:   N/A
If Terminated, Lease Termination Date:   N/A

Insurer of Collateral:   Unknown
Term of Insurance:   Unknown   (Expiration Date)

Prior Stay Order(s) Involving Movant, Including Current Case:   X Yes    __ No
    If Yes, give Case Number(s) and Date(s) of Order(s)
    Case No.: 20-81800    Date: 07/14/2021
    Case No.:    Date:
    Case No.:    Date:

Debtors Statement of Intention:   N/A

Date:   08/05/2022         Submitted By: /s/Diane C. Murray    *Dcm*
                                                Diane C. Murray (MUR-048)
                                                Donald M. Wright (WRI-021)
                                                Attorney for Creditor

*As of the date of the delinquency stated in the Motion, Creditor has incurred $1,050.00 in legal fees and $188.00 in costs for the preparation/filing of the Motion. Creditor reserves all rights to seek an award and recovery of such fees and expenses in accordance with applicable loan documents, the Bankruptcy Code and Rules, and other applicable law, as all have been modified or amended from time to time.